# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | No. 297 |
|---|---|---|
| | : | |
| DESIGNATION OF CHAIR AND VICE- | : | DISCIPLINARY BOARD APPOINTMENT |
| CHAIR OF THE DISCIPLINARY BOARD | : | DOCKET |
| OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2018, Douglas W. Leonard is hereby designated as Chair, and Brian J. Cali, Esquire, as Vice-Chair, of the Disciplinary Board of Pennsylvania, commencing April 1, 2018.